IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUKE JAMES BLACKLEY,

    Plaintiff,

v.

                            ORDER

                            Case No. 14-cv-633-jdp

COLUMBIA COUNTY JAIL
AND HEALTH SERVICES UNIT,

    Defendants.

Plaintiff Luke James Blackley, an inmate at Columbia County Jail, has filed a proposed civil complaint. Plaintiff requests leave to proceed without prepayment of the filing fee. To the extent plaintiff wishes to proceed without prepaying the filing fee, because he is incarcerated, he must comply with the Prisoner Litigation Reform Act (PLRA), which requires plaintiff to submit a certified copy of his inmate account statement for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). Plaintiff has failed to submit the necessary inmate account statement.

For this case to proceed, plaintiff must submit the certified account statement from Columbia County Jail no later than October 10, 2014. If plaintiff is found to be indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments. If plaintiff does not submit the six-month inmate account statement, I will assume that he wishes to withdraw this action voluntarily.

ORDER

IT IS ORDERED that plaintiff Luke James Blackley may have until October 10, 2014 to submit a trust fund account statement for the period beginning approximately March 16, 2014 and ending approximately September 16, 2014. If, by October 10, 2014, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 19th day of September, 2014.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge